**STATE of Missouri, Respondent,**

v.

**Marcus SIPES, Appellant.**

**Nos. WD 51440, WD 53626.**

Missouri Court of Appeals,
Western District.

Submitted Sept. 19, 1997.

Decided Dec. 9, 1997.

■

Gary E. Brotherton, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM:

Marcus Sipes appeals his conviction for driving while intoxicated for which he was sentenced as a persistent offender to two years imprisonment. He also appeals the denial of his Rule 29.15 motion for post-conviction relief. Having carefully considered the contentions on appeal, we conclude the judgment should be affirmed. A published opinion would lack precedential value. A memorandum as to the reasons for our decision has been furnished to the parties. Rules 30.25(b) and 84.16(b).